JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.   **CV 11-7100-JFW (OPx)** | Date: **December 21, 2011** |
| Title:   Estela Gutierrez -v- Bank of America, N.A., et al. | |

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     DISMISSAL OF ACTION FOR LACK OF PROSECUTION

    Plaintiff filed a Complaint with the Court on August 29, 2011. On December 8, 2011, the Court issued an Order to Show Cause Re: Lack of Prosecution in light of Plaintiff's apparent failure to serve Defendants. The Court's Standing Order specifically warned Plaintiff that failure to serve the Complaint within 120 days as required by Fed. R. Civ. P. 4(m) would result in this dismissal of this action if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than December 19, 2011.

    As of the date of this Order, Plaintiff has not filed a proof of service or otherwise responded to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 2/14/08)